# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANNA ARDOIN (AKA ANNA
POLLARD) INDIVIDUALLY AND ON
BEHALF OF THE OTHERS
SIMILARLY SITUATED

NO.  2023 CW 0967

VERSUS

**OCTOBER 30, 2023**

GOAUTO INSURANCE COMPANY

---

In Re:   GoAuto Insurance Company, applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 719102.

---

**BEFORE:   WELCH, HOLDRIDGE, AND WOLFE, JJ.**

**WRIT DENIED.**

**JEW**
**EW**

**Holdridge, J.,** concurs. The denial of the writ does not preclude the relator from putting on evidence at the class certification hearing as to whether "actual cash value" includes replacement costs, such as all sales tax, title, registration, and transfer fees. In accordance with La. Code Civ. P. art. 592(A)(3)(c), either party can as a "matter of right" take a suspensive or devolutive appeal from an order or judgment rendered after the certification hearing.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT